Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MALIBU MEDIA, LLC,

      Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
68.173.252.200,

      Defendant.

------------------------------------------------------------X

Case No. 1:14-cv-10168-PKC

Judge Castel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-15

## ORDER ON PLAINTIFF'S FIRST LETTER MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Letter Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have at least forty five (45) days or until June 13, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 30th day of April, 2015.

By: _____
UNITED STATES DISTRICT JUDGE

1